**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

Criminal No. 11-PO-00149-DLW

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1. MARK L. HALPER,

Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

Counsel for the Defendant contacted the Magistrate Judge's office on behalf of the Defendant and requested that the Arraignment scheduled for January 3, 2012 be moved to January 4th or 5th to assist the Defendant in scheduling his return flight to Colorado, therefore:

**IT IS HEREBY ORDERED** that the Arraignment scheduled for **January 3, 2012 at 3:00 p.m. be VACATED and RESCHEDULED for January 4, 2012 at 3:00 p.m.**

**DATED: December 14, 2011.**

                                **BY THE COURT:**

                                **s/David L. West**
                                **United States Magistrate Judge**