IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-po-00149-DLW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARK L. HALPER,

    Defendant.

---

## ORDER RE: NOTICE OF DISPOSITION/PLEA AGREEMENT

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Defendant, Mark L. Halper, filed a Notice of Disposition/Plea Agreement in this matter. The Court has reviewed the Notice, and;

**IT IS HEREBY ORDERED** that, pursuant to the foregoing, the trial currently scheduled to commence on September 13, 2012 is **VACATED** and

**IT IS HEREBY ORDERED** that the parties are to appear before the Court on September 13, 2012 at the time of _9:00 AM_ for a Disposition Hearing and Entry of Plea.

DATED: _8/30/12_

BY THE COURT:

_____
United States Magistrate Judge

3