**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

Criminal Case No. 11-PO-00149-DLW

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1. MARK HALPER,

Defendant.

## ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Defendant sent a letter to the Court requesting that he be released from custody to perform community service in the State of New York;

**IT IS HEREBY ORDERED** that Defendant's request is **DENIED**.

**DATED: December 4, 2012.**

> BY THE COURT:
>
> s/David L. West
> **United States Magistrate Judge**