IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Criminal No. 11-PO-00149-DLW

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1. MARK L. HALPER,

Defendant.

## MINUTE ORDER SETTING HEARING

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Defendant has filed Motion for Injunctive Relief - Temporary and Amended Motion for Injunctive Relief - Temporary [Docs. #88 & #89].

**IT IS HEREBY ORDERED** that the Court will hear these motions on April 16, 2013 at 3:00 p.m. along with any motions filed regarding modification of the Defendant's probation.

**DATED: March 29, 2013.**

                                          **BY THE COURT:**

                                          **s/David L. West**
                                          **United States Magistrate Judge**