# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge David L. West

Criminal Case No. 11-PO-00149-DLW

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1. MARK L. HALPER,

Defendant.

---

**ORDER SETTING HEARING RE: MOTION TO MODIFY SENTENCE [DOC. #116]**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

    **IT IS HEREBY ORDERED** that a hearing on Defendant's Motion to Modify Sentence [Doc. #116] is set before the Magistrate Judge in Durango, Colorado on November 13, 2013 at 1:30 p.m.

**DATED: October 22, 2013.**

                                                 **BY THE COURT:**

                                                 **s/David L. West**
                                                 **United States Magistrate Judge**